■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELL JOHNSON, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts and the information dismissed. (See *People* v. *Perez,* 7 A D 2d 633.) Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTANISLAO NEGRON, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts, and a new trial granted, in the exercise of discretion, on the ground that the testimony elicited was not sufficiently determinative and that in the interests of justice a new trial should be had. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ BERTHA T. AINE v. LEON GOLDBERG et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — M. M. Frank, J. P., Valente, McNally and Stevens, JJ.

■ In the Matter of the BANK OF NEW YORK, as Trustee under the Will of ARTHUR B. EMMONS, Deceased, and as Trustee of the Trust Established by ARTHUR B. EMMONS by Indenture, Respondent. BANK OF NEW YORK, as Executor of JULIA W. EMMONS, Deceased, et al., Appellants; RICHARD S. HUMPREY, JR., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HARWOOD PHARMACAL CO., INC. v. NATIONAL BROADCASTING CO., INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel M. M. Frank, McNally and Stevens, JJ.

■ ROY NORR v. RADIO CORPORATION OF AMERICA.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ MARIANNE Z. SPEELMAN v. VALERIE PASCAL, as Administratrix with the Will Annexed of the Estate of GABRIEL PASCAL, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HARRIET MALIZIA et al., v. CHURCH OF GOOD SHEPHERD. KATHERINE CONBOY v. CHURCH OF GOOD SHEPHERD.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated March 9, 1960, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the First Intermediate Accounting of DANIEL C. KNICKERBOCKER, JR., PAUL ROBERTS HADLEY, et al. v. DANIEL C. KNICKERBOCKER, JR.— Motion for an enlargement of time denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Accounting of the Public Administrator of the County of New York, as Administrator of the Estate of HARRY PASIALIS, etc., Deceased, Respondent. PAUL ANAYANNIS, Appellant; HENRY E. COLEMAN et al., Respondents.— Motion for consolidation and for an enlargement of time denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ.— Enlargement of time granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIENA.— Motion to vacate orders of this court denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JOSEPH MICHAELS et al. v. LISPENARD HOLDING CORP. et al. — Motion granted insofar as to permit the appellants to dispense with printing of the